UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JEFFREY DELMORAL, on behalf of himself
individually and all other similarly situated,

                                                  **JUDGMENT**
              Plaintiff,                                13-CV-242 (RRM) (SMG)

     - against -

CREDIT PROTECTION ASSOCIATION, LP,

              Defendant.
-----------------------------------------------------------X

        A Memorandum and Order of the undersigned having been issued this day granting defendant's motion for summary judgment and ordering that all claims brought by plaintiff as against defendants be dismissed with prejudice, and further directing the Clerk of Court to enter judgment accordingly and to close this case, it is

        ORDERED ADJUDGED AND DECREED that plaintiff take nothing of defendant; and that all claims brought by plaintiff as against defendant are dismissed with prejudice; and that this case is hereby closed.


Dated: Brooklyn, New York                        *Roslynn R. Mauskopf*
       September 30, 2015                    _____
                                                ROSLYNN R. MAUSKOPF
                                                United States District Judge